IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-161-JJF-LPS |
| | ) | |
| INTERVET, INC., d/b/a | ) | |
| INTERVET/SCHERING-PLOUGH | ) | |
| ANIMAL HEALTH, and | ) | |
| BOEHRINGER INGLEHEIM | ) | |
| VETMEDICA, INC., | ) | |
| | ) | |
|    Defendants. | ) | |

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
|    Plaintiff, | ) | Civil Action No. 09-780-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| INTERVET, INC., d/b/a | ) | |
| INTERVET/SCHERING-PLOUGH | ) | |
| ANIMAL HEALTH, and | ) | |
| BOEHRINGER INGELHEIM | ) | |
| VETMEDICA, INC., | ) | |
| | ) | |
|    Defendants. | ) | |

**STIPULATED ORDER**

This stipulation is entered into by and among plaintiff Wyeth and defendants Intervet, Inc. d/b/a Intervet/Schering-Plough Animal Health and Boehringer Ingelheim Vetmedica, Inc. to consolidate the above-captioned cases pursuant to Fed. R. Civ. P. 42(a).

WHEREAS, the action *Wyeth v. Intervet, Inc. et al.*, Civil Action No. 09-161-JJF was filed with this Court on March 12, 2009;

{00348586;v1}

WHEREAS, the action *Wyeth v. Intervet, Inc. et al.*, Civil Action No. 09-780-JJF was filed with this Court on October 20, 2009;

WHEREAS, Civil Action No. 09-161-JJF and Civil Action No. 09-780-JJF are related cases;

WHEREAS, the parties to this stipulation agree that consolidating the above-captioned cases will promote judicial economy, efficiency and effective case management;

IT IS THEREFORE STIPULATED AND AGREED by and among the parties to both actions, through their respective counsel of record that, subject to the Court's approval, Civil Action No. 09-161-JJF and Civil Action No. 09-780-JJF shall be consolidated for all further proceedings under the caption: *Wyeth v. Intervet, Inc., et al.*, Civil Action No. 09-161-JJF. Hereafter, papers need only be filed in Civil Action No. 09-161, and no papers need be filed in Civil Action No. 09-780. The parties shall confer and report back to the Court their proposed modifications to the July 24, 2009 Scheduling Order in Civil Action No. 09-161-JJF.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
Tiffany Geyer Lydon (I.D. #3950)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1888
(302) 654-1988
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Plaintiff Wyeth*

FOX ROTHSCHILD LLP

/s/ *Gregory B. Williams*

Gregory B. Williams (I.D. #4195)
Citizens Bank Center
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, Delaware 19899
(302) 622-4211
gwilliams@foxrothschild.com

*Attorneys for Defendant Intervet, Inc.*

2

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Andre G. Bouchard

---

Andre G. Bouchard (I.D. #2504)
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
abouchard@bmf-law.com

*Attorneys for Defendant Boehringer Ingelheim Vetmedica, Inc.*

Dated: November __, 2009

SO ORDERED this  9  day of  November , 2009.

_____
United States District Judge